## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 16-1007-LPS |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| PDV HOLDING, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff Crystallex International Corp. ("Crystallex")

and Defendant Rosneft Trading S.A. ("RTSA") that the time for defendant RTSA to move, answer,

or otherwise plead in response to the First Amended Complaint (ECF No. 18) is extended to and

including May 12, 2017.


**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jeffrey L. Moyer*
Raymond J. DiCamillo (DE Bar No. 3188)
Jeffrey L. Moyer (DE Bar No. 3309)
Travis S. Hunter (DE Bar No. 5350)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  dicamillo@rlf.com
        moyer@rlf.com
        hunter@rlf.com

*Attorneys for Crystallex International Corp.*


**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, 6th Floor
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
        rslaugh@potteranderson.com

*Attorneys for Defendant Rosneft Trading S.A.*


PAC 1248907v.1

IT IS SO ORDERED, this _____ day of _____ 2017.


_____

Honorable Leonard P. Stark