**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> PDV HOLDING, INC., *et al.*, <br><br> Defendants. | C.A. No. 16-1007-LPS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, attorneys Ashley R. Altschuler and Harrison S. Carpenter withdraw their appearance as counsel on behalf of Defendant Rosneft Trading S.A. in the above referenced action.

PLEASE TAKE FURTHER NOTICE that R. Craig Martin and Amy Evans of DLA PIPER LLP (US) hereby enter their appearance as counsel on behalf of Defendant Rosneft Trading S.A. in the above referenced action.

PLEASE TAKE FURTHER NOTICE that Stephen Mark Dollar and Mark Thomas Oakes (each admitted *pro hac vice*) of Norton Rose Fulbright LLP remain as counsel for Defendant Rosneft Trading S.A. in the above referenced action.

Dated:  October 24, 2019

| MCDERMOTT WILL & EMERY LLP | DLA PIPER LLP (US) |
|---|---|
| */s/ Ashley R Altschuler* <br> Ashley R. Altschuler (DE Bar No. 3803) <br> Harrison S. Carpenter (DE Bar No. 6018) <br> 1007 North Orange Street <br> 4th Floor, Wilmington, DE  19801 <br> Telephone:  302-485-3910 <br> aaltschuler@mwe.com <br> hcarpenter@mwe.com <br><br> *Withdrawing Attorneys for Defendant Rosneft Trading S.A.* | */s/ Amy Evans* <br> R. Craig Martin (DE Bar No. 5032) <br> Amy Evans (DE Bar No. 3829) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE  19801-1147 <br> Telephone:  302.468.5655 <br> Facsimile:   302.778.7834 <br> craig.martin@us.dlapiper.com <br> amy.evans@us.dlapiper.com <br><br> OF COUNSEL: <br><br> NORTON ROSE FULBRIGHT US LLP <br> Stephen Mark Dollar (admitted pro hac vice) <br> 1301 Avenue of the Americas <br> New York, NY 10019-6022 <br> Telephone: (212) 318-3400 <br> steve.dollar@nortonrosefulbright.com <br><br> Mark Thomas Oakes (admitted pro hac vice) <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, TX 78701-4255 <br> Telephone: (512) 474-5201 <br> mark.oakes@nortonrosefulbright.com <br><br> *Attorneys for Defendant Rosneft Trading, S.A.* |